UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Comcast of Massachusetts II, Inc. ) | Case No.: 04-30069-MAP |
| ) | |
| Plaintiff ) | **CORPORATION DISCLOSURE** |
| ) | **STATEMENT** |
| vs. ) | |
| ) | |
| Thomas Dragon ) | |
| ) | |
| Defendant ) | |
| ) | |

**Pursuant to LR, D. Mass 7.3**, the filing party, Comcast of Massachusetts II, Inc. (hereinafter "Comcast"), a non-governmental corporation, identifies the following parent corporation and any publicly held corporation that owns 10% or more of its stock:

1. Comcast of Massachusetts II, Inc., is a Delaware Corporation and maintains offices at 6 Campanelli Drive Andover, MA;

2. Comcast of Massachusetts II, Inc. is wholly owned by Comcast Cable Communications Holdings, Inc.

                                            Respectfully Submitted for the Plaintiff,
                                            Comcast of Massachusetts II, Inc.
                                            By Its Local Counsel,

_____
Date

                                            John M. McLaughlin
                                            MCLAUGHLIN SACKS
                                            31 Trumbull Road
                                            Northampton, MA 01060
                                            Telephone: (413) 586-0865
                                            BBO No. 556328