UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Comcast of Massachusetts II, Inc.** ) | Case No.: **04-30069 MAP** |
| ) | |
| Plaintiff, ) | **AFFIDAVIT OF JOHN M.** |
| ) | **MCLAUGHLIN IN SUPPORT OF THE** |
| vs. ) | **MOTION TO EXTEND TIME FOR** |
| ) | **SERVICE PURSUANT TO F.R.C.P. 4 (m)** |
| **Thomas Dragon** ) | |
| ) | |
| Defendant ) | |

Now comes John M. McLaughlin, Attorney for the Plaintiff in the above-entitled action, and, on oath, states the following:

1. This complaint was filed on or about April 5, 2004.

2. Summons was issued dated April 5, 2004.

3. Documents for service were sent to a sheriff on or about to April 8, 2004;

4. The sheriff returned all service documents on or about April 15, 2004, as the Defendant could not be found in that county;

5. My office employed the services of a private investigator and located the Defendant at another address on or about July 19, 2004.

6. My office sent the service documents out to be served upon the Defendant at the new address on July 20, 2004.

7. On July 27, 2004 my office contacted the sheriff to verify status of service documents and was notified that the sheriff is still in the process of locating the Defendant to be served.

8. The Plaintiff needs additional time for the sheriff's office to effectuate service.

Subscribed and sworn to, under the pains and penalties of perjury, this 27th day of July 2004.

_____
John M. McLaughlin