AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Comcast of Massachusetts II, Inc.

V.

Thomas Dragon

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-30069-MAP

TO: (Name and address of Defendant)

Thomas Dragon
86 Bither Street
Springfield, MA 01118

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA 01060

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**TONY ANASTAS**

CLERK

_Mary Finn_
(By) DEPUTY CLERK

April 5, 2004
DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE |
|---|
| DATE |



**Hampden County Sheriff's** • 1170 Main St. • P.O. Box 5005 • Springfield, MA 01101-5005 • (413) 732-5772

*Hampden, ss.*

July 28, 2004

I hereby certify and return that on 7/27/2004 at 05:30 pm I served a true and attested copy of the U.S. DISTRICT COURT S & C W/CIVIL ACTION COVER SHEET in this action in the following manner: To wit, by leaving at the last and usual place of abode of THOMAS DRAGON, 250 COLEMORE Street, FEEDING HILLS, MA 01030. Conveyance ($1.50), Travel ($3.20), Attestation X 1 ($5.00), Basic Service Fee ($20.00), Mailing1 ($1.00) Total Charges $30.70

Deputy Sheriff CHARLES A. CAMERLIN

_____
Deputy Sheriff

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                 Date                    Signature of Server

_____
Address of Server



**Hampden County Sheriff's** • 1170 Main St. • P.O. Box 5005 • Springfield, MA 01101-5005 • (413) 732-5772

*Hampden, ss.*

April 15, 2004

By virtue of this writ I have made diligent search for the within-named THOMAS DRAGON and for his/her/its last and usual place of abode, 86 BITHER Street, SPRINGFIELD, MA 01118 and for his tenant, agent, or attorney, but could not find him/her/it within this county; I therefore return this writ without service. Conveyance ($1.20), Travel ($2.56), DILIGENT SEARCH ($4.00) Total Charges $7.76

PER POSTMAN DEFENDANT GONE FROM ABOVE ADDRESS.

Deputy Sheriff  MICHAEL POWERS

_____
Deputy Sheriff