UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


COMCAST OF MASSACHUSETTS

V.            CA NO:    04-30069-MAP

THOMAS DRAGON

ORDER

SEPTEMBER 14, 2004

On April 4, 2004 a complaint was filed with this Court in the above captioned case. Return of Service was filed on August 6, 2004. Since that date, no further action in this case has been taken. Therefore, counsel for plaintiff shall report to this Court in writing on or before October 15, 2004 as to his intent to proceed with this case.

Failure to comply with this order shall result in the dismissal of this case for lack of prosecution.


MICHAEL A. PONSOR
U.S. DISTRICT JUDGE


BY    /s/Elizabeth A. French
      _____
      Elizabeth A. French
      Deputy Clerk