UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

COMCAST OF MASSACHUSETTS

V.                                    CA NO: 04-30069-MAP

THOMAS DRAGON

ORDER OF DISMISSAL

October 20, 20004

PONSOR, USDJ

It is hereby ordered that the above captioned case be dismissed for lack of prosecution and failure to comply with the Court's order dated September 14, 2004.

It is so ordered.

MICHAEL A. PONSOR
U.S. DISTRICT JUDGE